# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DOMINIC SESSION**
**ADC #135040**                                                        **PLAINTIFF**

v.             No. 4:20-cv-854-DPM-JTR

**BRIGGS, Major, Pulaski County Jail;**
**PAXTON, Captain, Pulaski County Jail;**
**WILLIAMS, Kitchen Supervisor, Pulaski**
**County Jail; and HOBBS, Captain,**
**Pulaski County Jail**                                    **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's partial recommendation, *Doc. 11*, and overrules Session's objections, *Doc. 12*. If Session wants to plead more facts about Williams's role, then he must get permission to amend his complaint. But he can't amend his complaint by way of his objections. Session's claims against Briggs, Paxton, and Hobbs go forward. His claims against Williams are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 November 2020