IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DOMINIC SESSION
ADC #135040                                                                                    PLAINTIFF

v.                                      No. 4:20-cv-854-DPM

BRIGGS, Major, Pulaski County Jail;
PAXTON, Captain, Pulaski County Jail;
and HOBBS, Captain, Pulaski County Jail                              DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, *Doc. 45*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Session's response to the motion for summary judgment makes many allegations of misconduct. He says, among other things, that officials and medical professionals worked together to conceal and destroy evidence of his injuries after he filed this case. Session has nonetheless presented compelling evidence of his injuries. But he has not presented sufficient evidence that could convince a reasonable jury that Briggs, Paxton, or Hobbs caused those injuries or turned a blind eye to them. The motion for summary judgment, *Doc. 36*, is therefore granted. The motion to dismiss, *Doc. 28*, is denied as moot. Session's complaint will be dismissed with prejudice.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 March 2022