# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DOMINIC SESSION
ADC #135040                                                      PLAINTIFF

v.                              No. 4:20-cv-854-DPM

BRIGGS, Major, Pulaski County Jail;
PAXTON, Captain, Pulaski County Jail;
WILLIAMS, Kitchen Supervisor, Pulaski
County Jail; and HOBBS, Captain,
Pulaski County Jail                                            DEFENDANTS

## JUDGMENT

Session's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_1 March 2022___